**UNITED STATES of America, Plaintiff–Appellee**

v.

**Elbert CARTER, Defendant–Appellant.**

No. 11–60537.

United States Court of Appeals, Fifth Circuit.

June 11, 2012.

Gaines H. Cleveland, Assistant U.S. Attorney, John Arthur Meynardie, Esq., U.S. Attorney's Office, Gulfport, MS, Jerry Lynn Rushing, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Jackson, MS, for Plaintiff–Appellee.

Ellen Maier Allred, Assistant Federal Public Defender, Federal Public Defender's Office, Gulfport, MS, for Defendant–Appellant.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

We vacate the sentence imposed on the defendant for the reason that the district court gave the defendant no opportunity to allocute during the sentencing hearing, which under the circumstances here, was reversible plain error. Thus, the district court should bring the defendant before it, allow the defendant an opportunity to allocute, and resentence the defendant accord-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

ing to all applicable procedures. We express no opinion on the sentence to be imposed.

VACATED and REMANDED.